**USDC - DVT**
**2:23-mc-110**

## DESIGNATION AND ASSIGNMENT
## OF A CHIEF UNITED STATES DISTRICT JUDGE
## FOR SERVICE IN ANOTHER CIRCUIT

The Chief Judge of the United States Court of Appeals for the Tenth Circuit has certified that there is a necessity for the designation and assignment of a judge from another circuit or another court to perform judicial duties in the United States District Court for the Eastern District of Oklahoma during the period of July 1, 2023 through December 31, 2023. The Chief Judge of the United States Court of Appeals for the Second Circuit has consented to the designation and assignment of the

### HONORABLE GEOFFREY W. CRAWFORD

Chief Judge of the United States District Court for the District of Vermont for such service.

NOW, THEREFORE, pursuant to the authority vested in me by Title 28, United States Code, section 292(d), I do hereby designate and assign the Honorable Geoffrey W. Crawford to perform judicial duties in the United States District Court for the Eastern District of Oklahoma for the period or purpose stated and for such time as needed in advance to prepare and to issue necessary orders, or thereafter as required to complete unfinished business.

**CHIEF JUSTICE OF THE UNITED STATES**

Washington, D.C. 6/7/23